UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

| | |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>Y&Y, INC., a North Carolina Corporation, KANTILAL C. PATEL, an individual, DILIP K. PATEL, an individual, PANKAJ K. PATEL, an individual, and KIRON K. PATEL, an individual,<br><br>        Defendants. | Civil Action No. 1:08-02983 (WHP)<br><br>CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Ramada Worldwide Inc. ("RWI") states as follows: RWI is a Delaware corporation. RWI is a wholly-owned subsidiary of Wyndham Hotel Group, LLC, which is a wholly-owned subsidiary of Wyndham Worldwide Corporation ("Wyndham"). Wyndham is a publicly traded Delaware corporation traded on the New York Stock Exchange under the symbol "WYN." Barrow, Hanley, Mewhinney and Strauss, Inc. currently owns more than 10 percent of the common stock of Wyndham.

GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
pdunican@gibbonslaw.com
rbrady@gibbonslaw.com
Attorneys for Plaintiff
Ramada Worldwide Inc.

*/s/ Robert Brady*
Patrick C. Dunican, Jr., Esq.
Robert C. Brady, Esq.

Dated:   Newark, New Jersey
            March 20, 2008

#1250527 v1
101629-60971