UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

| | |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Y&Y, INC., a North Carolina Corporation, KANTILAL C. PATEL, an individual, DILIP K. PATEL, an individual, PANKAJ K. PATEL, an individual, and KIRON K. PATEL, an individual,<br><br>    Defendants. | Civil Action No.<br>08-02983 (WHP)<br><br>**COURTESY COPY**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>JUL 31 2008 |

**THIS MATTER** having been amicably resolved by and between Plaintiff Ramada Worldwide Inc. ("RWI") and Defendants Y & Y, Inc, Kantilal C. Patel, Dilip K. Patel, Pankaj K. Patel, and Kiron K. Patel (collectively "Defendants"), it is hereby stipulated and agreed that all claims, by and between RWI and Defendants be and the same are hereby dismissed with prejudice and without costs against any party.

By: _[signature]_
Patrick C. Dunican, Jr.
Robert C. Brady, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310

Attorneys for Plaintiff
Ramada Worldwide Inc.

By: _[signature]_
Y & Y, INC.

By: _[signature]_
**KANTILAL C. PATEL**

By: _[signature]_
**DILIP K. PATEL**

By: _[signature]_
**PANKAJ K. PATEL**

By: _[signature]_
**KIRON K. PATEL**

**SO ORDERED:**

_[signature]_
WILLIAM H. PAULEY III U.S.D.J.
7/31/08

#1315413 v2
101629-60971